UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FREDERICK NATHAN CAMPBELL                CIVIL ACTION

VERSUS                                    NUMBER: 09-3143

ST. TAMMANY PARISH                        SECTION: "I"(5)
SHERIFF'S OFFICE, ET AL.

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Frederick Nathan Campbell, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against the St. Tammany Parish Sheriff's Office and the St. Tammany Parish Jail are dismissed as frivolous and for failing to state a claim under 28 U.S.C. §§1915(e) and 1915A and 42 U.S.C. §1997e.

New Orleans, Louisiana, this \_\_\_22nd\_\_\_ day of April, 2009.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE